### 19133. SHEFFIELD v. SHEFFIELD.

LUKE, J. 1. The court did not err in refusing to continue the case because of the absence of a witness who had not been subpœnaed (Civil Code (1910), § 5715); the evidence supports the verdict; and the motion for a new trial was properly overruled.

2. The request for an award of damages under the Civil Code (1910), § 6213, because it is contended that the case was taken up for delay only, is denied. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 13, 1928.

686

*W. I. Geer,* for plaintiff in error. *P. D. Rich,* contra.